■ In the Matter of CARLOS S., Respondent, v ANA S., Appellant. [27 NYS3d 378]—

Order, Family Court, Bronx County (Sue Levy, Ref.), entered on or about June 26, 2014, which, after a fact-finding hearing, inter alia, awarded sole custody and decision-making authority with respect to the subject children to petitioner father with extensive visitation to respondent mother, unanimously affirmed, without costs.

The court's determination has a sound and substantial basis in the record (*see Matter of Ernestine L. v New York City Admin. for Children's Servs.*, 71 AD3d 510 [1st Dept 2010]). Given the children's special needs, the record amply supports the finding that the father is better equipped to oversee their care (*see Matter of Xiomara M. v Robert M.*, 102 AD3d 581 [1st Dept 2013]). There exists no basis to disturb the credibility determinations of the Referee (*see Matter of Mildred S.G. v Mark G.*, 62 AD3d 460 [1st Dept 2009]). Concur—Mazzarelli, J.P., Renwick, Moskowitz, Kapnick and Kahn, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEX LAFOREST, Appellant. [27 NYS3d 379]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Patricia Nunez, J.), rendered August 21, 2014, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Mazzarelli, J.P., Renwick, Moskowitz, Kapnick and Kahn, JJ.